IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JANALEE M. RAMIREZ,<br><br>                    Defendant. | 4:19CR3110<br><br>**ORDER** |

The defendant was afforded an opportunity for a hearing, but agreed to be detained without a hearing. The defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released. The Court's findings are based on the allegations within the Amended Petition.

IT IS ORDERED:

1) The above-named defendant shall be detained until further order.

2) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

3) The defendant shall appear at his/her revocation hearing scheduled for November 9, 2023 at 10:30 a.m. before the Honorable John M. Gerrard, in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2

4) The Amended Petition (Filing No. [84]), supersedes the Initial Petition (Filing No. [71]). The Initial Petition (Filing No. [71]), is therefore terminated.

September 14, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge